1  J. SCOTT GERIEN (State Bar No. 184728)
   sgerien@dpf-law.com
2  JOY L. DURAND (State Bar No. 245413)
   jdurand@dpf-law.com
3  DICKENSON, PEATMAN & FOGARTY
   1455 First Street, Suite 301
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Plaintiff
7  JAM CELLARS, INC.

8
   GREGORY S. GILCHRIST (State Bar No. 111536)
9  ggilchrist@kilpatricktownsend.com
   SOPHY T. MANES (State Bar No. 287583)
10 smanes@kilpatricktownsend.com
   KILPATRICK TOWNSEND & STOCKTON LLP
11 Two Embarcadero Center, Suite 1900
   San Francisco, CA 94111
12 Telephone: (415) 576-0200
13 Facsimile: (415) 576-0300

14 Attorneys for Defendant
   THE WINE GROUP LLC
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JaM Cellars, Inc., | CASE NO. 3:17-cv-02333-WHO |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | |
| The Wine Group LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be DISMISSED WITH PREJUDICE with

each party to bear its own costs and attorney's fees.

Respectfully Submitted,

Dated: July 19, 2018                DICKENSON, PEATMAN & FOGARTY

/s/ J. Scott Gerien
J. Scott Gerien

1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff,
JAM CELLARS, INC.


Dated: July 19, 2018                KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Gregory S. Gilchrist
Gregory S. Gilchrist

Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant,
THE WINE GROUP LLC

ORDER

IT IS SO ORDERED.

DATED: _____, 2018    _____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE